1  **CHARLES WOODSON** (SBN 258791)
   Law Office of Charles Woodson
2  725 Washington Street
   Oakland, California 94607
3  Tel. (510) 302-8780
4  Fax. (510) 228-0444
   cwoodson@cjswlaw.com
5
6  Counsel for Defendant
   **EUGENE DARREL RUTLEDGE**
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                     OAKLAND DIVISION
11

12 | **UNITED STATES OF AMERICA**, | No. 99-cr-40033-CW; 03-cr-40116-CW |
13 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S STATUS CONFERENCE REGARDING VIOLATION OF SUPERVISED RELEASE CONDITIONS (FORM 12) SET FOR APRIL 27, 2023 TO 10:30 A.M. ON MAY 12, 2023** |
14 | | |
15 | v. | |
16 | **EUGENE DARREL RUTLEDGE**, | |
17 | Defendant. | |

18

19  **IT IS HEREBY STIPULATED** by the parties that the presently scheduled status
20  conference regarding the U.S. Probation's Petition ("Form 12") alleging defendant Eugene Rutledge
21  violated the terms of his supervised release scheduled for April 27, 2023 be continued to 10:30 a.m.
22  on May 12, 2023. Dkt. 80. The parties have conferred with Probation who has no objection to
23  continuing the status conference on the Form 12.
24
25      The basis for the request to continue Mr. Rutledge's status hearing is because his counsel is
26  currently in a special circumstances preliminary hearing that is expected to take several days to
27  complete. See *People v. Johnny Ray Jackson*, Case No. 22-cr-014829A, Superior Court of
28  California, Alameda County. In addition, U.S. Probation needs time to confirm information.

                                                  1

1 **IT IS SO STIPULATED**.

2

3 Dated: April 24, 2023                          s/ *Charles Woodson*
                                                CHARLES WOODSON
4                                               Counsel for Defendant
                                                EUGENE DARREL RUTLEDGE
5

6 Dated: April 24, 2023                          s/ *CW per email authorization*
                                                KENNETH CHAMBERS, II
7                                               Assistant U.S. Attorney

8

...

28 *United States v. Rutledge,* Stipulation
   and Order, 99-CR-40033-CW;                    2
   03-CR-40116-CW

# ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Status Conference scheduled for 10:30 a.m. on April 27, 2023 to 10:30 a.m. on May 12, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: April 25, 2023

HON. DONNA M. RYU,
CHIEF MAGISTRATE JUDGE